ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

Mar 01 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ARNOLD KINMAN LOW,<br><br>  Defendant. | CASE NO. 3:23-CR-00439 JD<br><br>VIOLATIONS:<br>18 U.S.C. § 13 and California Penal Code § 192(c)(2) – Vehicular Manslaughter<br>36 C.F.R. § 1004.23(a)(1) – Operating Under the Influence of Alcohol<br><br>SAN FRANCISCO VENUE |

S U P E R S E D I N G  I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:      (18 U.S.C. § 13 and California Penal Code § 192(c)(2) – Vehicular Manslaughter)

On or about April 4, 2023, in the Northern District of California, within the special maritime and territorial jurisdiction of the United States, the defendant,

ARNOLD KINMAN LOW,

did unlawfully kill a human being, to wit, E.B., without malice and without gross negligence, as a proximate result of the commission by said defendant of an unlawful act, a violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), while driving a vehicle, in violation of Title 18, United States Code, Section 13, assimilating California Penal Code Section 192(c)(2), a Class A misdemeanor.

COUNT TWO:     (36 C.F.R. § 1004.23(a)(1) – Operating Under the Influence of Alcohol)

On or about April 4, 2023, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

ARNOLD KINMAN LOW,

did unlawfully operate and was in actual physical control of a motor vehicle while under the influence of alcohol, to a degree that rendered the defendant incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B misdemeanor.

DATED: February 29, 2024                    ISMAIL J. RAMSEY
                                            United States Attorney


                                            */s/ George O. Hageman*
                                            GEORGE O. HAGEMAN
                                            Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

Ct 1: 18 U.S.C. § 13 and California Penal Code § 192(c)(2) – Vehicular Manslaughter;

Ct 2: 36 C.F.R. § 1004.23(a)(1) – Operating Under the Influence of Alcohol

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Ct 1: 1 year imprisonment, $250,000 fine, 1 year supervised release, $25 special assessment, restitution

Ct 2: 6 months' imprisonment, $250,000 fine, 1 year supervised release, $10 special assessment, restitution

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ ARNOLD KINMAN LOW

DISTRICT COURT NUMBER
3:23-CR-00439-JD

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Ismail J. Ramsey
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): George O. Hageman, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 3/4/24 at 10:30AM    Before Judge: Laurel Beeler

Comments: